In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-12-00488-CR**
**NO. 09-12-00489-CR**

_____

**RODNEY DALE HUNT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause Nos. 10-09996, 10-09998**

_____

**ORDER**

On March 6, 2013, appellant's appointed counsel filed motions to withdraw and briefs which urge this Court to review these appeals pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). *See In re Schulman*, 252 S.W.3d 403, 408-09 (Tex. Crim. App. 2008). Counsel certified service of the motions to withdraw and the briefs on the appellant. Counsel states that he provided appellant with copies of the clerk's records and the reporter's

1

records and notified appellant of his right to review the records and file *pro se* briefs.

It is, therefore, ORDERED that appellant, Rodney Dale Hunt, be given 60 days from the date hereof to file a *pro se* brief. It is, further, ORDERED that the State may file a reply brief, due 30 days from the date appellant files his brief, or if no brief is filed by appellant, 70 days from the date hereof.

It is further ORDERED that counsel for appellant advise appellant of his right to seek discretionary review under Texas Rule of Appellate Procedure 68. *See* Tex. R. App. P. 48.4; *see also* Tex. R. App. P. 68.

ORDER ENTERED March 21, 2013.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.